**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7483**

---

SAMUEL C. HOLLOWAY,

                              Petitioner - Appellant,

        versus

JOHN JABE, Warden,

                              Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David G. Lowe, Magistrate Judge. (CA-95-439-R)

---

Submitted:  January 30, 1996         Decided:  February 9, 1996

---

Before HALL and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Samuel C. Holloway, Appellant Pro Se.  Katherine P. Baldwin, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the magistrate judge's order[*] denying relief on his 28 U.S.C. § 2254 (1988) petition. We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the magistrate judge. <u>Holloway v. Jabe</u>, No. CA-95-439-R (E.D. Va. Aug. 30, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] The parties consented to the jurisdiction of the magistrate judge under 28 U.S.C. § 636(c) (1988).

2